IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40343
Conference Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

LARRY DWAYNE HARTSFIELD,

                                        Defendant-Appellant.


- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:94-CR-43-1
- - - - - - - - - -
December 19, 1995
Before DAVIS, STEWART, and PARKER, Circuit Judges.

PER CURIAM:[*]

     This is an appeal from the district court's refusal to credit appellant's purported acceptance of responsibility. Appellant argues that the district court erred in relying upon the "unsworn and unconfronted" statements of a government informant which contradicted his account of the extent of his involvement in the offense.  We have reviewed the record and the briefs and find no reversible error.

     AFFIRMED.

_____

     [*]     Local Rule 47.5.1 provides:  "The publication of opinions that merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession."  Pursuant to that Rule, the court has determined that this opinion should not be published.